*E-Filed 2/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONIFACIO ALEJANDRES-SANTOS, | No. C 13-0013 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| RANDY GROUNDS, | |
| Respondent. | |

This is a federal habeas corpus action. Petitioner was ordered to, within 30 days, (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. More than 30 days have passed and petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Any motion to reopen **must** contain either a complete IFP application or the payment for the full filing fee. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: February 8, 2013

RICHARD SEEBORG
United States District Judge